UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MUKESH KUMAR,

           Petitioner,

v.

ICE FIELD OFFICE DIRECTOR,

           Respondent.

Case No. C20-758-RAJ-MLP

ORDER OF DISMISSAL

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the Report and Recommendation.

(2)    The Government's motion to dismiss as moot (Dkt. # 9) is GRANTED.

ORDER OF DISMISSAL - 1

(3) Petitioner's habeas petition is DENIED.

(4) This action is DISMISSED without prejudice.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 21st day of October, 2020.

_____

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 2